# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| TALEN MONTANA RETIREMENT PLAN, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>vs.<br><br>PPL CORPORATION, PPL CAPITAL FUNDING, INC., PPL ELECTRIC UTILITIES CORP., PPL ENERGY FUNDING CORP., PAUL A FARR, MARK F. WILTEN, PETER J. SIMONICH, and DOES 1-50,<br><br>Defendants. | CV 22-45-BLG-SPW-TJC<br><br>ORDER |

Pursuant to the terms agreed upon by the Parties and as set forth in the Stipulation (Doc. 34) dated June 15, 2022,

**IT IS HEREBY ORDERED** that Non-Party Talen Montana's Motion to Intervene (Doc. 3) is **GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiff Talen Montana Retirement Plan's Motion to Transfer Venue (Doc. 11) is **GRANTED.**

1

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 16th day of June, 2022.

／s／ Susan P. Watters
SUSAN P. WATTERS
U. S. DISTRICT JUDGE